[No. 33073-0-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00306-9, Paul D. Hansen, J., entered June 18, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 33924-9-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SUNDQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04966-4, John M. Darrah, J., entered November 1, 1993. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 30411-9-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE EUGENE TIDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03584-5, Faith Enyeart Ireland, J., entered March 20, 1992. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Webster and Coleman, JJ.

[No. 31411-4-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMEY FINKLEA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02639-9, Robert S. Lasnik, J., entered September 11, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, J., Becker, J., dissenting.